# iiX Criminal Search Results

Report Date: 09/22/2011                860077-541470718-000                            Page 1

MIDWEST LOGISTICS          Account #:   860077/000
7021 ST RT 703             Report ID:   H922201114285625
CELINA, OH 45822           Request ID:  541470718
Comment: null              Requestor:   MLS

**Requested Subject:**
Name: mark A. johnson                  DOB:                    SSN:

## Criminal SuperSearch Results

*Results may include sex offender matches based on **name only**. Please verify that the following offense records(s) are indeed for the person you are investigating. If the details of the record(s) below do not match those of your subject then there are no record(s) found based on the search criteria you submitted. This report is based on criteria input by the requester and is the result of matches made in a search of available data from public record sources.*

## Subject Information (Sex Offense Record):
**Match Criteria: Name, Year of Birth**

Name: JOHNSON, MARK ANTHONY        DOB:          SSN:              Height: 6' - 00"    Weight: 165
Source County: Hampden, MA                       Gender: Male  Hair: Unknown    Eyes: Unknown
Address # 1:    125 YALE ST
                , MA 01109

**Sex Offense (Record 1):**

Offense Date:              Description: INDECENT ASSAULT AND BATTERY ON CHILD UNDER 14 YEARS OF AGE
Conviction Date:           Charge Code:
Offense Level:             Sentence:
Last Registered:
Notes:
        AGE:50 AS OF 08/25/2011

View the state sex offender website @: http://sorb.chs.state.ma.us/search.htm

## Subject Information (Sex Offense Record):
**Match Criteria: Name, Year of Birth**

Name: JOHNSON, MARK ANTHONY        DOB:          SSN:              Height: 6' - 00"    Weight:
Source County: UNKNOWN, MA                       Gender: Male  Hair: Unknown    Eyes: Unknown
Address # 1:    THIS OFFENDER IS
                , IS

*** Continued Next Page ***

## iiX Criminal Search Results

Report Date: 09/22/2011          860077-541470718-000          Page 2

**Requested Subject:**
Name: mark A. johnson          DOB:          SSN:

**Sex Offense (Record 1):**

Offense Date:          Description: INDECENT ASSAULT AND BATTERY ON CHILD UNDER 14 YEARS OF AGE
Conviction Date:       Charge Code:
Offense Level:         Sentence:
Last Registered:

Notes:
    AGE:50 AS OF 07/26/2011

View the state sex offender website @: http://sorb.chs.state.ma.us/search.htm

**Subject Information (Inmate Record):**
Match Criteria: Name, Year of Birth
Name: JOHNSON, MARK ALAN          DOB:                    SSN:    Height:    Weight:
Source County: UNKNOWN, CA         Gender: Unknown         Hair:   Eyes:

**Crime Information (Record 1):**
Date:     Counts:          Charge Code: P459              Charge Class:
Charge Description:

**Inmate Information (Record 1):**
Facility:          Admission Date: 05/04/2007    Release Date:        Release Reason:
Status:            Sentence:                     Minimum Sentence:    Maximum Sentence:
Inmate Notes:

Notes:
    BIRTHPLACE: CALIFORNIA, AGE AS OF 03/29/2011 - 49

**Subject Information (Inmate Record):**
Match Criteria: Name, Year of Birth
Name: JOHNSON, MARK A          DOB:                     SSN:    Height:    Weight:
Source County: UNKNOWN, CA      Gender: Unknown          Hair:   Eyes:

**Crime Information (Record 1):**
Date:     Counts:          Charge Code: P459 2ND                        Charge Class:
Charge Description:

**Inmate Information (Record 1):**
Facility: REGION4   Admission Date: 03/02/2009    Release Date: 10/22/2009    Release Reason:
Status:             Sentence:                     Minimum Sentence:           Maximum Sentence:
Inmate Notes:

Notes:
    BIRTHPLACE: CALIFORNIA, AGE AS OF 03/29/2011 - 50

** Continued Next Page ***

## iiX Criminal Search Results

Report Date: 09/22/2011          860077-541470718-000                    Page 3

**Requested Subject:**
Name: mark A. johnson          DOB:                    SSN:

### Subject Information (Inmate Record):
**Match Criteria: Name, Year of Birth**
Name: JOHNSON, MARC                  DOB:              SSN:    Height:    Weight:
Source County: UNKNOWN, CA           Gender: Unknown   Hair:   Eyes:

**Crime Information (Record 1):**
Date:      Counts:         Charge Code: H11350A                Charge Class:
Charge Description:

**Crime Information (Record 2):**
Date:      Counts:         Charge Code: H11350A                Charge Class:
Charge Description:

**Inmate Information (Record 1):**
Facility: REGION4     Admission Date: 04/14/2006   Release Date: 02/02/2008   Release Reason:
Status:               Sentence:                    Minimum Sentence:          Maximum Sentence:
Inmate Notes:

Notes:
   BIRTHPLACE: ARIZONA, AGE AS OF 03/29/2011 - 49

### Subject Information (Sex Offense Record):
**Match Criteria: Name**
Name: JOHNSON, MARCUS                DOB:              SSN:           Height: 5' - 08"    Weight: 140
Source County: Chautauqua, NY        Gender: Male      Hair: Black    Eyes: Brown
Alias: JOHSON, BLAZE                 DOB:
Address # 1:     NORWICH NY 13815
                 , NY 13815

**Sex Offense (Record 1):**
Offense Date:              Description: SEXUAL ABUSE IN THE FIRST DEGREE
Conviction Date:           Charge Code: 130.65
Offense Level:             Sentence:
Last Registered:

Notes:
   AGE: 30 AS OF 08/31/2011

View the state sex offender website
@: http://www.criminaljustice.state.ny.us/SomsSUBDirectory/search_index.jsp

### Subject Information (Inmate Record):
**Match Criteria: Name, Year of Birth**
Name: JOHNSON, MARCUS                DOB:              SSN:    Height:    Weight:
Source County: UNKNOWN, CA           Gender: Unknown   Hair:   Eyes:

*** Continued Next Page ***

## iiX Criminal Search Results

Report Date: 09/22/2011          860077-541470718-000          Page 4

**Requested Subject:**
Name: mark A. johnson      DOB:      SSN:

**Crime Information (Record 1):**
Date:    Counts:    Charge Code: H11350A      Charge Class:
Charge Description:

**Crime Information (Record 2):**
Date:    Counts:    Charge Code: H11352(A)      Charge Class:
Charge Description:

**Crime Information (Record 3):**
Date:    Counts:    Charge Code: H11350A      Charge Class:
Charge Description:

**Crime Information (Record 4):**
Date:    Counts:    Charge Code: H11352(A)      Charge Class:
Charge Description:

**Inmate Information (Record 1):**
Facility: NORTH KERN STATE PRISON-RC    Admission Date: 07/25/1986    Release Date:    Release Reason:
Status:    Sentence:    Minimum Sentence:    Maximum Sentence:
Inmate Notes:
**Notes:**
     BIRTHPLACE: MICHIGAN, AGE AS OF 03/29/2011 - 50

*This report has been generated for employment purposes only, and may be used solely as a factor in evaluating the named individual for employment, promotion, reassignment or retention as an employee and not for any other purpose. The use and dissemination of this report and the information contained therein must be in accordance with your agreement with iiX and in compliance with the Fair Credit Reporting Act and any applicable federal or state statutes. iiX does not warrant or guarantee the accuracy or completeness of the information provided. A validated SSN only indicates that it has been verified against information provided by the Social Security Administration. It does not verify that the SSN belongs to the subject of the search. Proper use of this report and final verification of the named individual's identity is the user's sole responsibility.*

**If you have questions, contact:**
iiX
1716 Briarcrest Dr Suite 200
Bryan, TX 77802-2764
Telephone: 1-800-683-8553

**Refer consumers to:**
IntelliCorp Records Inc. - An ISO Company
3000 Auburn Drive, Suite 410
Beachwood, OH 44122
Telephone: 1-216-450-5200

*** End Of Report ***